TOCCOA FALLS LIGHT AND POWER COMPANY *v.* EDMONDS.

PER CURIAM. This case is controlled by the decision in *Duncan* v. *Duncan,* ante, 424.          *Writ of error dismissed. All the Justices concur.*
JULY 14, 1916.

Damages; from Stephens superior court. Motion to dismiss.

*Fermor Barrett* and *H. H. Dean,* for plaintiff in error.

*C. N. Davie, Howard Thompson,* and *E. D. Kenyon,* contra.

---

CHABBLE *v.* O'NEAL, administrator.

PER CURIAM. This case is controlled by the decision in *Duncan* v. *Duncan,* ante, 424.          *Writ of error dismissed. All the Justices concur.*
JULY 14, 1916.

Attachment; from Murray superior court. Motion to dismiss.

*C. N. King,* for plaintiff in error.

*J. J. Bates* and *W. E. Mann,* contra.

---

MURPHEY *v.* NEW SOUTH BREWERY AND ICE COMPANY.

BECK, J. 1. Where the agent of a corporation engaged in the business of selling certain commercial products manufactured by it committed an unprovoked assault and battery upon the plaintiff, inflicting upon him severe personal injuries, the plaintiff could not maintain a suit for damages against the corporation on this account, although it knew that the agent was a person·of violent temper, and in fact had employed him because it knew that he was a man prone to make unprovoked attacks upon others; it not appearing that the corporation authorized the assault, or that it assented to the tort complained of.

2. Applying what has been said to the facts pleaded in this case, it was not error for the court ᴛo sustain a general demurrer to the petition. Civil Code, § 3603; *Waller* v. *Southern Ice & Coal Co.,* 144 *Ga.* 695 (87 S. E. 888), and cases there cited.

*Judgment affirmed. All the Justices concur.*
JULY 11, 1916. REHEARING DENIED AUGUST 22, 1916.

Action for damages. Before Judge Bell. Fulton superior court. April 2, 1915.

*John Y. Smith* and *W. H. Terrell,* for plaintiff.

*Jones & Chambers,* for defendant.